**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BLUEFIELD**

**K.B.,**

**Plaintiff,**

**v.** **CIVIL ACTION NO. 1:25-00249**

**UNITED STATES OF AMERICA,**
**et al.,**

**Defendants.**

**MEMORANDUM OPINION AND ORDER**

Pending before the court is a motion filed by defendant United States of America seeking to stay this matter, or, in the alternative, motion for an extension of time to file a responsive pleading. See ECF No. 11.

Plaintiff K.B. brings this civil action against the government and defendant James Bennett, a former federal correctional officer. K.B. alleges that she was sexually harassed and raped by Bennett while in BOP custody. Bennett is currently charged with federal crimes for sexual abuse of a minor, ward, or an individual in federal custody, in violation of 18 U.S.C. § 2243(b). See Indictment, 5:24-cr-00139; ECF No. 1. That case is pending trial.

Because of the overlap between this case and Bennett's criminal case, the United States asks the court to stay this case pending resolution of the criminal case. K.B. does not oppose the motion to stay. Defendant Bennett has also filed a motion to stay. See

ECF No. 9.

Courts consider three factors when deciding a motion to stay: "(1) the interests of judicial economy; (2) hardship and equity to the moving party if the action is not stayed; and (3) potential prejudice to the non-moving party." Ohio Valley Env't Coalition v. Bluestone Coal Corp., No. 1:19-00576, 2020 WL 5914524, at *1-2 (S.D.W. Va. Oct. 6, 2020). "The party seeking a stay must justify it by clear and convincing circumstances outweighing potential harm to the party against whom it is operative." Id. (quoting Williford v. Armstrong World Indus., 715 F.2d 124, 127 (4th Cir. 1983)).

These factors weigh in favor of granting the motions to stay. Resolving the criminal case first will make more efficient use of judicial resources, as resolution of the criminal proceedings may well narrow the issues for trial in this case. There also will be no hardship to the parties if this action is stayed since they all agree to it. Therefore, the motions to stay are **GRANTED**. This case is **STAYED** until further order of the court, and the Clerk is **DIRECTED** to remove the case from the court's active docket. The court requests a status report from the United States when the criminal matter concludes so that the court can lift the stay and reinstate the case to the active docket.

The Clerk is directed to send copies of this Memorandum Opinion and Order to counsel of record and unrepresented parties.

**IT IS SO ORDERED** this 10th day of September, 2025.

ENTER:

David A. Faber
Senior United States District Judge